IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:                                                          Case No. 15-31761-DHW
                                                                Chapter 13
SAMMY WENTLAND
SSAN: XXX-XX-3052

                          Debtor(s)

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, by and through the undersigned counsel, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s) plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on Wednesday, July 1, 2015.

2. The debtor(s) §341 Meeting of Creditors was held Thursday, August 13, 2015.

(X) Debtor(s) has not filed his 2014 tax return. Debtor was to file the return and provide a copy to the Trustee.
(X) Debtor(s) was to amend the Plan to provide a 100% distribution.

WHEREFORE, the above premises considered, Trustee objects to confirmation and requests that confirmation be denied or the case be continued until such time as the requested issues have been resolved.

Respectfully submitted this Friday, September 4, 2015.

Office of the Chapter 13 Trustee                    Curtis C. Reding
P. O. Box 173                                       Chapter 13 Trustee
Montgomery, AL  36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: Ch13Trustee@ch13mdal.com                     By:/s/ *Tina J. Hayes*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have served copies of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this Friday, 4 September, 2015.

Copy to: DEBTOR(S)                                  /s/ *Tina J. Hayes*
         RICHARD D SHINBAUM                         Tina J. Hayes